IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01970-WYD-MJW

MARGARET RIVERA,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation, and
LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay her or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: September 30, 2010.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
405 S. Cascade Ave., Suite 305
Colorado Springs, Colorado 80903
Telephone: (719) 473-0006
Attorney for Plaintiff

s/ Michael S. Poncin

_____
Michael S. Poncin, Esq.
Moss & Barnett, PA
4800 Wells Fargo Center
90 South 7th St.
Minneapolis, MN 55402-4129
Telephone: (612) 877-5000
Attorneys for Defendants